**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____  :
                             :
**WILLIAM BURDETTE,**            :
                             :      Civ. No. 16-142 (RMB)
         Petitioner,         :
                             :
         v.                  :      MEMORANDUM AND ORDER
                             :
**WARDEN J. HOLLINGSWORTH,**     :
                             :
         Respondent.         :
_____  :

**BUMB,** United States District Judge

    Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) without submitting the $5.00 filing fee or an application to proceed without prepayment of fees pursuant to 28 U.S.C. § 1915. Pursuant to Local Rule 5.1(f), the Clerk will not file "any papers received by the Clerk without payment of such fees as may be fixed by statute or by the Judicial Conference of the United States for the filing thereof" but shall only mark such papers as received. If Petitioner corrects this filing deficiency within 30 days, the Court will direct the Clerk to reopen this matter.

    IT IS, THEREFORE, on this **19th** day of **January 2016**,

    **ORDERED** that the Clerk of Court shall administratively terminate this matter; Petitioner is advised that administrative

termination does not deprive this Court of jurisdiction, and it is further

**ORDERED** that, if within 30 days of the date of this Order, Petitioner submits the $5.00 filing fee for a habeas petition pursuant to 28 U.S.C. § 1914, or Petitioner alternatively submits a properly completed application to proceed without prepayment of fees pursuant to 28 U.S.C. § 1915; the Clerk of Court shall reopen this matter; and it is further

**ORDERED** that the Clerk of the Court shall serve this Order and a blank form "Prisoner Applying To Proceed In Forma Pauperis In A Habeas Corpus Case" on Petitioner by regular mail.

                                            s/Renée Marie Bumb
                                            **RENÉE MARIE BUMB**
                                            **United States District Judge**